1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 0 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

**SEALED**

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  CASE NO. 2:13-MJ-0115 EFB
                                    )
12            v.                    )
                                    )  SEALING ORDER
13 JASON SAMUEL SCHROEDER, ET AL.   )
                                    )
14                                  )
                                    )
15                                  )
                                    )
16                                  )
                                    )
17 _____)

18
       Upon application of the United States of America and good cause having been shown,
19
       IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
20
   shall not be disclosed to any person unless otherwise ordered by this Court.
21
22 Dated: 4-9-2013
                                              /s/ Edmund F. Brennan
23                                            _____
                                              HON. EDMUND F. BRENNAN
24                                            United States Magistrate Judge
25
26
27
28