UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 10, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JOSHUA ROY PAYNE,<br><br>        Defendant. | Case No. 2:13-mj-00115-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA ROY PAYNE, Case No. 2:13-mj-00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_  Release on Personal Recognizance

  X   Bail Posted in the Sum of: $50,000.00.

      X   Co-Signed Unsecured Appearance Bond

    \_\_\_\_  Secured Appearance Bond

      X   (Other) Conditions as stated on the record.

    \_\_\_\_  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/10/2013  at  7:02 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge