BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr. 2:13-cr-0144 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JASON SAMUEL SCHROEDER, et al., | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The Court previously set this matter for a status conference on June 5, 2013 and excluded time under Local Code T4 until that date.

2. On May 14, 2013, the Court signed a related case order and vacated the previously scheduled status conference

3. By this stipulation, defendants now move to set a status conference on July 9, 2013 at 9:45 a.m. and to exclude time from June 5, 2013 until July 9, 2013 under Local Codes T2 and T4.

USA v. SCHROEDER, et al
2:13-cr-00144
Stip and [Proposed] Order Excluding Time

Plaintiff does not oppose this request.

4. Plaintiff does not oppose this request.

5. The parties agree and stipulate, and request that the Court find the following:

a. The government has produced over 600 pages of discovery to date, which includes interview reports, business records, and surveillance logs. That discovery also includes one compact disc of voluminous records from eBay and paypal. The government is in the process of providing search warrants, which will be provided by the end of this week. The government has begun the process of preparing protective orders to disclose the wiretap evidence to defense counsel. Finally, the government has made available for inspection and copying additional physical evidence seized during the execution of the search warrants. The parties stipulate that the nature of the investigation, the number of defendants, and the length of the conspiracy support a complexity finding under Local Code T2.

b. Counsel for defendants desire additional time to review and copy discovery for this matter and to conduct additional investigation.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period June 5, 2013 and July 9, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) [Local Codes T2 and T4]

USA v. SCHROEDER, et al
2:13-cr-00144
Stip and [Proposed] Order Excluding Time

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time has already been excluded until June 5, 2013 by separate order.

    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:     May 15, 2013.

                /s/ Jared Dolan_____
                JARED C. DOLAN
                Assistant United States Attorney

DATED:     May 15, 2013

                /s/ Jared Dolan for_____
                TIM ZINDEL
                Counsel for Defendant Jason Samuel Schroeder

DATED:     May 15, 2013

                /s/ Jared Dolan for_____
                PHILIP COZENS
                Counsel for Defendant John Judah Young

DATED:     May 15, 2013

                /s/ Jared Dolan for_____
                CLEMENTE JIMENEZ
                Counsel for Defendant Kirk Arthell Sanderson

DATED:     May 15, 2013

                /s/ Jared Dolan for_____
                BRUCE LOCKE
                Counsel for Defendant Jason Nathaniel Reed

DATED:     May 15, 2013

                /s/ Jared Dolan for_____
                JESSE ORTIZ

```
                                        Counsel for Defendant Mirabel Martinez
DATED:      May 15, 2013


                                        /s/ Jared Dolan for
                                        ERIN RADEKIN
                                        Counsel for Defendant David Reed


DATED:      May 15, 2013


                                        /s/ Jared Dolan for
                                        JOHN O'CONNOR
                                        Counsel for Defendant Joshua Roy Payne
DATED:      May 15, 2013


                                        /s/ Jared Dolan for
                                        LINDA PARISI
                                        Counsel for Defendant Andrea Lynn Turner
```

**O R D E R**

IT IS SO FOUND AND ORDERED this 15th day of May, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE