Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for Jason Nathaniel Reed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>           Plaintiff,<br><br>      v.<br><br>Jason Nathaniel Reed, et. al.,<br><br>           Defendant. | No.  2:13-CR-144 JAM<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM DECEMBER 2, 2013 TO MARCH 4, 2014** |

   IT IS HEREBY STIPULATED AND AGREED between the defendants, Jason Schroeder, John Young, Kirk Sanderson, Jason Reed, David Reed, Maribel Martinez, Joshua Payne, and Andrea Turner by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for December 2, 2013 at 9:45 a.m., should be continued to March 4, 2014 at 9:45 a.m., and that time under the Speedy Trial Act should be excluded from December 2, 2013 through March 4, 2014.

   The reason for the continuance is the defense needs additional time to conduct pretrial investigation, including the analysis of recently provided discovery; complete potential plea negotiations; and prepare for trial.  The exclusion of time is also necessary to ensure continuity of counsel. This case involves wire taps as well as numerous video tapes that need to be analyzed. Accordingly, the time between December 2, 2013 and March 4, 2014 should be excluded from

1

the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161 and Local Codes T-2 for complexity and T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan has authorized Mr. Locke to sign this pleading for him.

DATED: December 2, 2013         /S/ Bruce Locke
BRUCE LOCKE
Attorney for Jason Reed

DATED: December 2, 2013         /S/ Bruce Locke
For TIMOTHY ZINDEL
Attorney for Jason Schroeder

DATED: December 2, 2013         /S/ Bruce Locke
For PHILIP COUSENS
Attorney for John Young

DATED: December 2, 2013         /S/ Bruce Locke
For CLEMENTE JIMENEZ
Attorney for Kirk Sanderson

DATED: December 2, 2013         /S/ Bruce Locke
For ERIN JOLENE RADEKIN
Attorney for David Reed

DATED: December 2, 2013         /S/ Bruce Locke
For JESSE ORTIZ
Attorney for Maribel Martinez

DATED: December 2, 2013         /S/ Bruce Locke
For JOHN D. O'CONNOR
Attorney for Joshua Roy Payne

DATED: December 2, 2013         /S/ Bruce Locke
For LINDA M. PARISI
Attorney for Andrea Lynn Turner

DATED: December 2, 2013         /S/ Bruce Locke
For JARED DOLAN
Attorney for the United States

1  The Court finds, for the reasons stated above, that the ends of justice served by granting
2  this continuance outweigh the best interests of the public and the defendants in a speedy trial, and,
3  therefore.

4  IT IS SO ORDERED.

5  DATED: __12/2/2013                    /s/ John A. Mendez_____
                                          UNITED STATES DISTRICT COURT JUDGE