HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JASON SCHROEDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0144 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME (AMENDED)** |
| JASON SCHROEDER et al., | |
| Defendants. | Judge: Hon. John A. Mendez<br>Date: June 24, 2014<br>Time: 9:30 a.m. |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Jason Schroeder, John Young, Kirk Sanderson, Jason Reed, David Reed, Maribel Martinez, Joshua Payne, and Andrea Turner, through their undersigned defense counsel, and by the United States of America through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference scheduled for June 24, 2014, may be continued to July 22, 2014 at 9:30 a.m., and that time

-1-

under the Speedy Trial Act should be excluded through July 22, 2014, for the following reasons.

Since the last status conference defense counsel have met jointly to review evidence, discuss potential guidelines issues, and to craft possible resolutions of the case as to all charges and defendants.  Counsel continue to research and investigate other legal and factual issues.  Several attorneys are meeting next week with government counsel in hope of narrowing issues that are common to the case.

Additional time will be needed to discuss the outcome of the meeting and research with defendants themselves; to perform additional research; and to prepare and finalize plea agreements where appropriate.  Consequently, all agree that a continuance of the status conference is appropriate and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The case also continues to be complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) due to the number of defendants and length of time covered by the indictment.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   June 19, 2014         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JASON SCHROEDER

```
 1

 2   Dated:  June 19, 2014          /s/ T. Zindel for B. Locke
                                    BRUCE LOCKE
 3                                  Attorney for Jason Reed

 4   Dated:  June 19, 2014          /s/ T. Zindel for P. Cozens
                                    PHILIP COZENS
 5                                  Attorney for John Young

 6   Dated:  June 19, 2014          /s/ T. Zindel for C. Jimenez
                                    CLEMENTE JIMENEZ
 7                                  Attorney for Kirk Sanderson

 8   Dated:  June 19, 2014          /s/ T. Zindel for E. Radekin
                                    ERIN RADEKIN
 9                                  Attorney for David Reed

10   Dated:  June 19, 2014          /s/ T. Zindel for J. Ortiz
                                    JESSE ORTIZ
11                                  Attorney for Maribel Martinez

12   Dated:  June 19, 2014          /s/ T. Zindel for C. Fields
                                    CANDICE FIELDS
13                                  Attorney for Joshua Payne

14   Dated:  June 19, 2014          /s/ T. Zindel for L. Parisi
                                    LINDA PARISI
15                                  Attorney for Andrea Turner

16                                  BENJAMIN WAGNER
                                    United States Attorney
17

18   Dated:  June 19, 2014          /s/ T. Zindel for J. Dolan
                                    JARED DOLAN
19                                  Assistant U.S. Attorney

20   / / / / /

21   / / / / /

22   / / / / /

23   / / / / /

24   / / / / /

25   / / / / /

26   / / / / /

27   / / / / /

28   / / / / /
```

**O R D E R**

The above continuance is adopted, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, for the reasons stated above.  Time under the Speedy Trial Act is therefore excluded through July 22, 2014, and the status conference shall be held that day at 9:30 a.m.

IT IS SO ORDERED.

```
Dated:  June 20, 2014           /s/ John A. Mendez_____
                                HON. JOHN A. MENDEZ
                                United States District Court Judge
```