ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00144 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| DAVID REED, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel,

Assistant United States Attorney Jared Dolan, defendant, Jason Schroeder, by

and through his counsel, Timothy Zindel, defendant, John Young, by and

through his counsel, Philip Cozens, defendant, Kirk Sanderson, by and through

his counsel, Clemente Jimenez, defendant, Jason Reed, by and through his

counsel, Bruce Locke, defendant, David Reed, by and through his counsel, Erin

J. Radekin, defendant, Maribel Martinez, by and through her counsel, Jesse

Ortiz, defendant, Joshua Payne, by and through his counsel, Candice L.

Fields, and defendant, Andrea Turner, by and through her counsel, Linda

Parisi, agree and stipulate to vacate the date set for status conference,

September 9, 2014 at 9:30 a.m., in the above-captioned matter, and to

Stipulation and Order - 1

1  continue the status conference to September 30, 2014 at 9:30 a.m. in the

2  courtroom of the Honorable John A. Mendez.

3      The reason for this request is that additional time is needed by the

4  defense to review recently provided additional discovery, complete plea

5  negotiations and other defense preparation.  The Court is advised that all

6  counsel above concur with this request and have authorized Ms. Radekin to

7  sign this stipulation on their behalf.

8      The parties further agree and stipulate that the time period from the

9  filing of this stipulation until September 30, 2014 should be excluded in

10  computing time for commencement of trial under the Speedy Trial Act, based

11  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

12  Code T4, to allow reasonable time necessary for effective defense

13  preparation.  It is further agreed and stipulated that the ends of justice

14  served in granting the request outweigh the best interests of the public and

15  the defendant in a speedy trial.

16      Accordingly, the parties respectfully request the Court adopt this

17  proposed stipulation.

18  IT IS SO STIPULATED

19  Dated: September 5, 2014                BENJAMIN WAGNER
                                            United States Attorney
20
                                    By:    /s/ Jared Dolan
21                                          JILL THOMAS
                                            Assistant United States Attorney
22

23  Dated: September 5, 2014                 /s/ Timothy Zindel
                                            TIMOTHY ZINDEL
24                                          Attorney for Defendant
                                            JASON SCHROEDER
25

26  Dated: September 5, 2014                 /s/ Philip Cozens
                                            PHILIP COZENS
27                                          Attorney for Defendant
                                            JOHN YOUNG
28

Stipulation and Order - 2

1

2  Dated: September 5, 2014                    /s/ Clemente Jimenez
                                           CLEMENTE JIMENEZ
3                                          Attorney for Defendant
                                           KIRK SANDERSON
4
   Dated: September 5, 2014                    /s/ Bruce Locke
5                                          BRUCE LOCKE
                                           Attorney for Defendant
6                                          JASON REED

7  Dated: September 5, 2014                    /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
8                                          Attorney for Defendant
                                           DAVID REED
9
   Dated: September 5, 2014                    /s/ Jesse Ortiz
10                                         JESSE ORTIZ
                                           Attorney for Defendant
11                                         MARIBEL MARTINEZ

12 Dated: September 5, 2014                    /s/ Candice Fields
                                           CANDICE FIELDS
13                                         Attorney for Defendant
                                           JOSHUA PAYNE
14
   Dated: September 5, 2014                    /s/ Linda Parisi
15                                         LINDA PARISI
                                           Attorney for Defendant
16                                         ANDREA TURNER

17

18                                    ORDER

19
        For the reasons set forth in the accompanying stipulation and
20
   declaration of counsel, the status conference date of September 9, 2014 at
21
   9:30 a.m. is VACATED and the above-captioned matter is set for status
22
   conference on September 30, 2014 at 9:30 a.m.  The Court finds excludable
23
   time in this matter through September 30, 2014 under 18 U.S.C. §
24
   3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for
25
   effective defense preparation.  For the reasons stipulated by the parties,
26
   the Court finds that the interest of justice served by granting the request
27

28

                         Stipulation and Order - 3

1    outweigh the best interests of the public and the defendant in a speedy

2    trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

3    IT IS SO ORDERED.

4    Dated: September 5, 2014          /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
5                                      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                           Stipulation and Order - 4