ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00144 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAVID REED, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, defendant, Jason Schroeder, by and through his counsel, Timothy Zindel, defendant, John Young, by and through his counsel, Philip Cozens, defendant, Kirk Sanderson, by and through his counsel, Clemente Jimenez, defendant, Jason Reed, by and through his counsel, Bruce Locke, defendant, David Reed, by and through his counsel, Erin J. Radekin, defendant, Maribel Martinez, by and through her counsel, Jesse Ortiz, defendant, Joshua Payne, by and through his counsel, Candice L. Fields, and defendant, Andrea Turner, by and through her counsel, Linda Parisi, agree and stipulate to vacate the date set for status conference, September 30, 2014 at 9:30 a.m., in the above-captioned matter, and to

Stipulation and Order - 1

1  continue the status conference to November 18, 2014 at 9:30 a.m. in the
2  courtroom of the Honorable John A. Mendez.
3       The reason for this request is that additional time is needed by all
4  defense counsel to review recently provided additional discovery, complete
5  plea negotiations and other defense preparation.  The Court is advised that
6  all counsel above concur with this request and have authorized Ms. Radekin to
7  sign this stipulation on their behalf.
8       The parties further agree and stipulate that the time period from the
9  filing of this stipulation until November 18, 2014 should be excluded in
10 computing time for commencement of trial under the Speedy Trial Act, based
11 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
12 Code T4, to allow reasonable time necessary for effective defense
13 preparation.  It is further agreed and stipulated that the ends of justice
14 served in granting the request outweigh the best interests of the public and
15 the defendant in a speedy trial.
16      Accordingly, the parties respectfully request the Court adopt this
17 proposed stipulation.
18 IT IS SO STIPULATED
19 Dated: September 26, 2014            BENJAMIN WAGNER
                                        United States Attorney
20
                                   By:    /s/ Jared Dolan
21                                      JILL THOMAS
                                        Assistant United States Attorney
22
23 Dated: September 26, 2014             /s/ Timothy Zindel
                                        TIMOTHY ZINDEL
24                                      Attorney for Defendant
                                        JASON SCHROEDER
25
26 Dated: September 26, 2014             /s/ Philip Cozens
                                        PHILIP COZENS
27                                      Attorney for Defendant
                                        JOHN YOUNG
28

Stipulation and Order - 2

```
Dated: September 26, 2014          /s/ Clemente Jimenez
                                   CLEMENTE JIMENEZ
                                   Attorney for Defendant
                                   KIRK SANDERSON

Dated: September 26, 2014          /s/ Bruce Locke
                                   BRUCE LOCKE
                                   Attorney for Defendant
                                   JASON REED

Dated: September 26, 2014          /s/ Erin J. Radekin
                                   ERIN J. RADEKIN
                                   Attorney for Defendant
                                   DAVID REED

Dated: September 26, 2014          /s/ Jesse Ortiz
                                   JESSE ORTIZ
                                   Attorney for Defendant
                                   MARIBEL MARTINEZ

Dated: September 26, 2014          /s/ Candice Fields
                                   CANDICE FIELDS
                                   Attorney for Defendant
                                   JOSHUA PAYNE

Dated: September 26, 2014          /s/ Linda Parisi
                                   LINDA PARISI
                                   Attorney for Defendant
                                   ANDREA TURNER
```

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of September 30, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on November 18, 2014 at 9:30 a.m.  The Court finds excludable time in this matter through November 18, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 9/26/2014                    /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge