CANDICE L. FIELDS – SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:    (916) 414-8050
Fax:             (916) 790-9450
Email:          cfields@candicefieldslaw.com

Attorney for Defendant
JOSHUA ROY PAYNE

IN THE UNITED STATES OF DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                        Plaintiff,

v.

JOSHUA ROY PAYNE

                        Defendant.

CASE NO 2:13-CR-144 JAM

STIPULATION AND ORDER TO
MODIFY CONDITIONS OF PRETRIAL
RELEASE TO REMOVE CONDITION
NO. 12 (DRUG TESTING)

Judge:  Hon. Carolyn K. Delaney

On April 10, 2013, Joshua Payne was released on conditions and is supervised by
Pretrial Services.  Special Condition of Release No. 12 requires Mr. Payne to "submit to
drug and/or alcohol testing as approved by the pretrial services officer."

At this time, the parties, with the full agreement of Pretrial Service, are requesting
that Special Condition of Release No. 12 be removed.  All other conditions will remain in
place and Mr. Payne will continue on pretrial Supervision.

Officer Amaryllis Gonzalez has reported to the parties that Mr. Payne has
participated in drug testing since April 2013 without any positive tests. Therefore, she

feels that removal of Special Condition of Release No. 12 is appropriate.  The Court is advised that the attorney for the United States in this action, Assistant United States Attorney Jared Dolan, has been apprised of this request and has indicated that he has no objection to such modification to the conditions of Mr. Payne's release.

Accordingly, the parties respectfully request that the Court adopt this Stipulation.


Dated:  October 10, 2014                    /s/ Candice L. Fields
                                            JARED DOLAN
                                            Assistant United States Attorney


Dated:  October 10, 2014                    /s/ Candice L. Fields
                                            CANDICE L. FIELDS
                                            Attorney for Defendant
                                            JOSHUA ROY PAYNE


## ORDER

Good cause appearing and for the reasons stated in the Stipulation of the parties, the conditions of Mr. Payne's release are hereby modified. Special Condition Of Release No. 12 is removed. All other conditions will remain in place and Mr. Payne will continue on pretrial Supervision.

Dated:  October 15, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE