BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2797
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0144 JAM |
|---|---|
| Plaintiff, | ORDER TO SEAL DOCKET 234-2 (EXHIBIT 2 TO GOVERNMENT'S SENTENCING MEMORANDUM) AND FILE REDACTED VERSION |
| v. | |
| JASON SAMUEL SCHROEDER, | |
| Defendant. | |

Good cause having been shown, the Government's request to seal docket 234-2 (Exhibit 2 to Government's Sentencing Memorandum) and file a redacted version is granted.

IT IS SO ORDERED.

DATED: October 1, 2015           /s/ John A. Mendez
                                 HONORABLE JOHN A MENDEZ
                                 U.S. DISTRICT COURT JUDGE

ORDER