```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
JASON SCHROEDER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          vs.<br><br>JASON SCHROEDER,<br><br>      Defendant. | Case No. 2:13-CR-0144 JAM<br><br>**REQUEST TO VACATE RESTITUTION HEARING; ORDER**<br><br>Date:   August 2, 2016<br>Time:   9:15 a.m.<br>Judge:  Hon. John A. Mendez |

Mr. Schroeder concurs in the government's request (doc. 285) to vacate the restitution hearing and award no restitution to Bed Bath & Beyond.  A proposed order vacating the hearing and denying the claim is attached.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated: July 29, 2016       /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for JASON SCHROEDER

**O R D E R**

The restitution hearing scheduled for August 2, 2016, is vacated in light of the claimant's decision not to substantiate its claim with testimony.  The claim is therefore DENIED and no restitution is ordered.

IT IS SO ORDERED.

Dated:  August 1, 2016         /s/ John A. Mendez_____
                               HON. JOHN A. MENDEZ
                               United States District Judge